**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JON C. SABIN,**

                                          **Plaintiff,**

   **-against-**                                      **00-CV-1875**

**TIMOTHY WOZNIAK,** *et al.***,**

                                          **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION & ORDER

    Defendant Wozniak having moved for summary judgment [dkt. # 81], and Plaintiff having a submitted an affidavit and statement asking the Court to dismiss the claims against Defendant Wozniak with prejudice on the grounds that Plaintiff feels he has accomplished the goals of his litigation through the settlement of claims with other defendants [dkt. # 90], and the Court have reviewed the matter, it is therefore

    **ORDERED** that all claims against Defendant Wozniak are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: June 8, 2004

                                            Thomas J. McAvoy
                                            Senior, U.S. District Judge