# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**FILED JUN -8 2004** AT____O'CLOCK____ Lawrence K. Baerman, Clerk — Binghamton

---

JON C. SABIN

vs.

**TIMOTHY WOZNIAK, C. MANEELY,
PATRICK SERGUSON, THEODORE McGOWAN,
ANTHONY FIACCO, WILLIAM LASHOMB and
CHRISTOPHER DiTULLIO**

JUDGMENT IN A CIVIL CASE

**CASE NO.** 7:00-CV-1875 TJM-DEP

---

____ **JURY VERDICT.** This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** ; that all claims against defendant Wozniak are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure;

AS IN ACCORDANCE with the Honorable Thomas J. McAvoy's Decision and Order of June 8, 2004;

**IT IS FURTHER ORDERED;** that by Stipulation and Order by the parties filed March 28, 2004 defendants G. Maneely, P. Serguson, T. McGowan, A. Fiacco, W. Lashomb and C. Ditullio were discontinued from this action.

IT IS ORDERED; that this action is hereby dismissed and closed.

Dated: June 8, 2004

LAWRENCE K. BAERMAN
Clerk of the Court

*P. Aton*
By: Deputy Clerk